```
1   BENJAMIN B. WAGNER
    United States Attorney
2   PHILIP A. FERRARI
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case. No. CR-S-07-361 GEB |
| Plaintiff, | |
| | STIPULATION RE: CONTINUANCE OF HEARING ON JUDGMENT AND SENTENCE |
| v. | |
| ALVIN VALENTINE, | |
| Defendant. | Date: February 10, 2012<br>Time: 9:00 a.m.<br>Hon. Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Alvin Valentine, by and through his counsel, Michael Bigelow, Esq., that the hearing on Judgment and Sentence currently set for January 13, 2012, be vacated and reset for February 10, 2012 at 9:00 a.m. Mr. Valentine entered his guilty plea pursuant to an agreement which contemplates the provision of substantial assistance to the government, and he is still engaged in that effort.

DATED: January 11, 2012            /s/ Philip A. Ferrari for
                                                 MICHAEL BIGELOW, ESQ.
                                                 Attorney for Defendant

1

| | | |
|---|---|---|
| 1 | DATED: January 11, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | |
| 3 | | By: /s/ Philip A. Ferrari |
| 4 | | PHILIP A. FERRARI<br>Assistant U.S. Attorney |

IT IS SO ORDERED.

Dated:  January 12, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge