**MICHAEL B. BIGELOW**
Attorney at Law  SBN 65211
331 J Street, Suite 200
Sacramento, CA 95814
(916) 443-0217
LawOffice.mbigelow@gmail.com

Attorney for Alvin Valentine

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. CR-S-07-361 GEB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| ALVIN VALENTINE, ) | |
| Defendant. ) | Date: 3/30/2012 |
| ) | Time: 9:00 a.m. |
| ) | Judge: Hon. GEB |

It is hereby stipulated between the parties, Assistant United States Attorney Phil Ferrari and Michael Bigelow, attorney for Alvin Valentine, that the sentencing hearing date should be continued until March 30, 2012.  Mr. Valentine entered his guilty plea pursuant to an agreement which contemplates providing substantial assistance to the government, and is still engaged in that effort.

Dated:  February 21, 2012          BENJAMIN WAGNER
                                   United States Attorney

                                   /s/ Phil Ferrari
                                   PHIL FERRARI
                                   Assistant U.S. Attorney

-1-

Dated: February 21, 2012						Respectfully submitted,

								/s/ Michael Bigelow
								MICHAEL BIGELOW
								Attorney for Alvin Valentine

**(PROPOSED) ORDER**

**IT IS SO ORDERD**

**Date:  2/21/2012**

								_____
								GARLAND E. BURRELL, JR.
								United States District Judge